# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE** |
| | ) | |
| vs. | ) | Case No. 20-MJ-4005-RJD |
| | ) | |
| **ZACHARY M. STAUFFER,** | ) | **Date:** January 28, 2020 |
| *Defendant.* | ) | **Location:** Benton |

**PRESENT: HON. REONA J. DALY, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Jamie Melson    **COURT REPORTER:** Stephanie Rennegarbe

**COUNSEL FOR GOVERNMENT:** Thomas E. Leggans, AUSA

**COUNSEL FOR DEFENDANT:** Melissa Day, AFPD

PROCEEDINGS:  Initial Appearance on Criminal Complaint

[x]   Defendant present in open court in custody.

[x]   Financial Affidavit filed; counsel requested.  [x] Granted   [ ] Denied.
       [x] Federal Public Defender appointed      [ ] CJA Panel attorney to be appointed.

[x]   Defendant has received and reviewed the Criminal Complaint with counsel and is advised of rights.

[x]   Defendant submits a written Waiver of Preliminary Hearing which the Court finds to be voluntary and counseled. Waiver accepted. Probable cause found.

[x]   Oral Motion to Detain made by the Government. Written motion to be filed. Detention Hearing set for **JANUARY 30, 2020 AT 10:30 A.M.** in Benton before Magistrate Judge Reona J. Daly.

[x]   Defendant remanded to custody of U.S. Marshal pending detention hearing.