# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 11/11)

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. Stauffer
FOR: Southern District of Illinois
AT: Benton

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Zachary M. Stauffer

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 20-MJ-4005-RJD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
18:2252(a)(4)(B)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Jester May Lee, Centralia — Congregation Plant
- IF YES, how much do you earn per month? $12.30/hr.
- IF NO, give month and year of last employment? How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, give the amount received and identify the sources:
  - RECEIVED: $50 —
  - SOURCES: 600 July 850/month average

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, total amount? $150 est.

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, give value and description for each:
  - VALUE: $100 — DESCRIPTION: Savings bond
  - VALUE: $2000 — DESCRIPTION: 88 GMC C1500 step side

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ Single
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: self

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| rent | $ | $550 |
| utilities | $ | $160-170 |
| cell | $ | $55 |
| loan | $900 @ 300 | $70 |
| traffic ticket - collections car ins | $350/6 months | |

I certify under penalty of perjury that the foregoing is true and correct.

X [signature] SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

X 1/28/20 Date