AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-MJ-4005-RJD |
| Zachary M. Stauffer ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1/28/20

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

_____
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney