**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | Case No. 20-MJ-4005-RJD |
| ) | |
| **ZACHARY M. STAUFFER,** ) | |
| *Defendant.* ) | |

**ORDER SCHEDULING DETENTION HEARING**

**IT IS ORDERED** that a detention hearing is set as to the above-named defendant for **January 30, 2020, at 10:30 a.m.** before the Honorable Reona J. Daly, Magistrate Judge, U.S. Courthouse, 301 West Main Street, Benton, Illinois.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced said hearing.

**DATED:** January 28, 2020

*s/ Reona J. Daly*
**HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE**