IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-MJ-4005-RJD |
| | ) | |
| ZACHARY M. STAUFFER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT

Judith A. Kuenneke, Assistant Federal Defender, hereby gives notice of her entry of appearance as counsel for defendant. AFPD Melissa A. Day, hereby withdraws as counsel for defendant.

Respectfully submitted,

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender
401 W. Main Street
Benton, IL 62812
Tele: 618-435-2552

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Thomas Leggans

/s/Judith A. Kuenneke
Judith A. Kuenneke
Assistant Federal Defender