# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | **CASE NO.   20-MJ-4005-RJD** |
| | ) | |
| **ZACHARY M. STAUFFER,** | ) | **DATE:**   January 30, 2020 |
| *Defendant.* | ) | **LOCATION**:   Benton |

**PRESENT:   HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE**

**DEPUTY CLERK:**   Jamie Melson          **COURT REPORTER:** Chris LaBuwi

**COUNSEL FOR GOVERNMENT:**   Casey Bloodworth, AUSA

**COUNSEL FOR DEFENDANT**:   Angela Hill, AFPD

**PROCEEDING**: Detention Hearing

   Defendant present in open court with counsel.
   Parties have received and reviewed the pretrial services report.
   Proffer of evidence heard.
   Government's Motion to Detain (Doc. 11) is GRANTED.
   Order of detention to enter.